UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CROSS LAKE PLAZA OF LOUISIANA, LLC | CIVIL ACTION NO. 25-cv-027 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ATLANTIC CASUALTY INSURANCE CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Cross Lake Plaza of Louisiana, LLC filed its Diversity Jurisdiction Disclosure Statement (Doc. 10) and alleged that it is an LLC whose sole member is Judith Bossier, "a Louisiana resident." It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'" Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888, 889 (5th Cir. 1984). A person may reside in multiple states simultaneously, but "[a]n individual who resides in more than one State is regarded, for purposes of federal subject-matter (diversity) jurisdiction, as a citizen of but one State." Wachovia Bank v. Schmidt, 126 S. Ct. 941, 951 (2006). That is the state in which the person is domiciled. Id.; Acridge v. Evangelical Lutheran Good Samaritan Soc., 334 F.3d 444, 451 (5th Cir. 2003).

Cross Lake must file, no later than **May 1, 2025**, an amended Diversity Jurisdiction Disclosure Statement that alleges the state in which Judith Bossier is domiciled.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 21st day of April, 2025.



Mark L. Hornsby
U.S. Magistrate Judge